UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MELISSA BARRON, DAVID BERNSTEIN, TENISHA BURGOS, KENT BUSEK, JENNIFER CHASE, NATHAN CROOM, LORI CURTIS, JESSICA DECASTRO, ALENA FARRELL, JANE FITZGERALD, JASON GRALA, PAUL GUSTAFSON, TOM HALVERSON, JOHN HOLLINGSWORTH, CAROL ANN KASHISHIAN, ROBERT KLINGER, KELLY KLOSTERMAN, SUSAN LACAVA, JAMES MAREAN, ELLIS WINTON MCINNIS, NILSA MERCADO, REBECCA LYNN MORROW, EDWARD MUSCARA, STACEY NICKELL, SOPHIE O'KEEFE-ZELMAN, ROGER OLSON, SUSAN OLSON, WILLIAM PICOTTE, JESSE POWELL, LAUREN PRIMOS, CINDY PRINCE, VIRGINIA PUERINGER JANNE RICE, ROBERT RICE JR., FRANCES GAMMELL-ROACH, DARREL SENIOR, MEETESH SHAH, DARCY SHERMAN, ERICA SHOAF, RICHARD STOEHR, ARTHUR STUKEY, KATHLEEN TAWNEY, MICHAEL TRACY, KEITH UEHARA, MICHAEL WICK, THOMAS WILSON, PHILLIP YOUNG, on Behalf of Themselves and all Others Similarly Situated, | Case No. 2:13-cv-10801 Hon. Marianne O. Battani |

          Plaintiffs,

vs.


YAMASHITA RUBBER CO., LTD., YUSA
CORPORATION, TOKAI RUBBER
INDUSTRIES, LTD., DTR INDUSTRIES, INC.

          Defendants.
_____/
Alyson Oliver (P55020)
Lisa Gray (P74841)
Oliver Law Group PC
Attorney for Plaintiffs
950 W. University Drive, Suite 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com
lgray@oliverlg.com
_____/

1

## NOTICE OF APPEARANCE

I, Lisa Gray, filed this notice of appearance on behalf of Nilsa Mercado, Plaintiff in this matter.

Dated:  November 26, 2013

Respectfully submitted,

/s/ Lisa M. Gray_____
Lisa M. Gray (P74841)
Oliver Law Group PC
Attorney for Plaintiffs
950 W. University Drive, Suite 200
Rochester, MI 48307
(248) 327-6556

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Lisa M. Gray_____
Lisa M. Gray   (P74841)
**Oliver Law Group PC**
950 W. University Drive, Suite 200
Rochester, MI 48307
(248) 327-6556
lgray@oliverlg.com